IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN BOND and ANN BOND, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 13-1340-SLR/CJB |
| ) | |
| AMERICAN BILTRITE CO., et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 13th day of March, 2014, having considered the Report and Recommendation issued by United States Magistrate Judge Christopher J. Burke on February 20, 2014, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 60) is adopted.

2. Plaintiffs' motion to remand (D.I. 34) is denied.

_____
United States District Judge